# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

STEVEN M. SALAZAR,

Plaintiff,

v.

GEORGIA-PACIFIC CORUGATED LLC,

Defendant.

Case No. 1:23-cv-1020-EGC

**ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE**

(Doc. 30)

On October 16, 2026, the parties filed a joint stipulation dismissing the action with prejudice as to Plaintiff's individual claims and without prejudice as to the putative class claims. (Doc. 30). In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice as to Plaintiff's individual claims and with prejudice as to the putative class claims. Accordingly, the Clerk of Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated: **October 16, 2026**

Erin Sug Castillo

UNITED STATES MAGISTRATE JUDGE